**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><u>Winston Saxon and Janice Saxon v. Pfizer Inc. and Pharmacia & Upjohn Company Inc.</u><br>Case Number 1:15-cv-05389 | Case No. 1:14-cv-01748<br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |

**DEFENDANTS PFIZER INC. AND PHARMACIA & UPJOHN COMPANY INC.'S
MOTION TO DISMISS WITH PREJUDICE
PURSUANT TO SECOND AMENDED CASE MANAGEMENT ORDER NO. 9**

Pursuant to Second Amended Case Management Order No. 9 (Plaintiff Fact Sheets and Records Authorizations) ("Second Amended CMO 9"), Defendants Pfizer Inc. and Pharmacia & Upjohn Company Inc. ("Pfizer Defendants") hereby move this Court for entry of an Order dismissing with prejudice the claims of Plaintiffs Winston Saxon and Janice Saxon ("Plaintiffs") for Plaintiffs' failure to complete and serve an executed Plaintiff Fact Sheet ("PFS"). As grounds for this motion and as set forth below, Pfizer Defendants state as follows:

1. On June 18, 2015, the Cochran Firm-Dothan, P.C. filed a Complaint on behalf of Plaintiffs in this Court and in these MDL proceedings. Plaintiffs' Complaint was served on Pfizer Defendants on July 14, 2015.

2. According to Second Amended CMO 9, each plaintiff in a Member Action that is not pending as of March 3, 2015, is obligated to serve and produce a completed and executed PFS to the defendants, along with signed and dated authorizations and all responsive, non-privileged documents requested in the PFS that are in his or her possession or custody, within 80 days from the date their Member Action is filed in or transferred to this Court. *See* Second Amended CMO 9, ¶ V.B.

3. Second Amended CMO 9 defines Member Actions as, among other things, "all related actions originally filed in or removed to this Court". *Id.* at ¶ I.

4. Second Amended CMO 9 provides that if a plaintiff, whose Member Action was not pending as of March 3, 2015, fails to provide an executed PFS within 80 days from the date their Member Action is filed in or transferred to this Court, the defendants shall send a Warning Letter to that plaintiff's attorney of record via e-mail, with a courtesy copy to Michelle L. Kranz at Pservice@toledolaw.com on behalf of the PEC. *Id.* at ¶ II.E.1.a.

5. Second Amended CMO 9 also provides that if a plaintiff fails to provide an executed PFS within 45 days of his or her counsel's receipt of the Warning Letter, the defendants may move the Court for dismissal of that plaintiff's case with prejudice. *Id.* at ¶ II.E.2.a.

6. Plaintiffs failed to serve an executed PFS by September 8, 2015 (within 80 days from the filing of their Complaint). *See* Declaration of Cara D. Edwards, attached hereto as Exhibit A, at ¶ 4.

7. On September 10, 2015, pursuant to Section II.E.1.a. of Second Amended CMO 9, Pfizer Defendants sent a Warning Letter via e-mail to the Cochran Firm-Dothan, P.C., with a courtesy copy via e-mail to Michelle L. Kranz. *Id.* at ¶ 5.

8. Plaintiffs had until October 26, 2015 (45 days after the date of the Warning Letter) to provide the PFS, authorizations, and responsive documents to Pfizer Defendants. This deadline has expired and Pfizer Defendants have not received the requisite PFS, authorizations, and responsive documents. *Id.* at ¶ 6.

WHEREFORE, Pfizer Defendants move this Court for an Order dismissing Plaintiffs' action with prejudice.

Dated:  October 29, 2015                                  Respectfully submitted,

/s/ Cara D. Edwards

Loren H. Brown
Cara D. Edwards
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4500
loren.brown@dlapiper.com
cara.edwards@dlapiper.com

Matthew A. Holian
Jessica C. Wilson
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6009
matt.holian@dlapiper.com
jessica.wilson@dlapiper.com

*Attorneys for Defendants Pfizer Inc. and Pharmacia & Upjohn Company Inc.*

**CERTIFICATE OF SERVICE**

I, Cara D. Edwards, hereby certify that on the 29th day of October, 2015, the foregoing Defendants Pfizer Inc. and Pharmacia & Upjohn Company Inc.'s Motion to Dismiss With Prejudice Pursuant to Second Amended Case Management Order No. 9 and the appended Declaration of Cara D. Edwards in Support of Defendants Pfizer Inc. and Pharmacia & Upjohn Company Inc.'s Motion to Dismiss With Prejudice Pursuant to Second Amended Case Management Order No. 9, including the exhibit attached thereto, were filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record. A courtesy copy was also served via e-mail to Plaintiffs' attorney of record, Angela J. Mason at angelamason@cochranfirm.com, and Michelle L. Kranz at Pservice@toledolaw.com on behalf of the PSC.

                                                */s/ Cara D. Edwards*
                                                  Cara D. Edwards